**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DAVID LEONARD SWEENEY,**

    **Plaintiff,**

v.                                                        Case No.   3:11cv516/MCR/CJK

**MITCHELL MCCONNEL,
HARRY REID,
JOHN A. BOEHNER,
NANCY PELOSI, and
BARACK OBAMA,**

    **Defendants.**
_____/

**O R D E R**

    Upon consideration of the Report and Recommendation of the magistrate judge filed on November 1, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation (doc. 5), the court finds that the Recommendation is due to be adopted as the opinion of the court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The court has considered the amended complaint (doc. 6), and finds that it suffers the same deficiencies as the original complaint, and dismissal is therefore appropriate.

3. This cause is DISMISSED for lack of jurisdiction, and the clerk is directed to close the file.

DONE AND ORDERED this 10th day of November, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**